UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-95-MOC-WCM-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **AARON LEE HENDRICKSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se letter, seeking clarification from this Court as whether his federal sentence should run concurrent to a later-imposed state court sentence. (Doc. No. 96).

Defendant's judgment in this action is silent as to whether his federal sentence is to run concurrent to any state sentence. When multiple terms of imprisonment are imposed at different times, as here, the terms are presumed to run consecutively unless the court orders otherwise. 18 U.S.C. § 3584(a). To the extent Defendant seeks a modification of his sentence to reflect that the federal sentence is to run concurrent with any state sentence, this Court lacks the authority to do so. See 18 U.S.C. § 3582(c).

Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's letter motion seeking an order requiring that his federal and state court sentences run concurrently, (Doc. No. 96), is **DENIED**.

Signed: September 16, 2021

Max O. Cogburn Jr.
United States District Judge