UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-95-MOC

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| vs. | ) |
| | ) **ORDER** |
| AARON LEE HENDRICKSON, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Modify Sentence. (Doc. No. 103).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: November 6, 2023

Max O. Cogburn Jr.
United States District Judge